**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000033
02-MAY-2025
07:51 AM
Dkt. 23 OGMD**

NO. CAAP-25-0000033

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

B.A., obo minor children S.M. and E.M., Petitioner-Appellee, v. W.M., Respondent-Appellant

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
SOUTH KOHALA DIVISION
(CASE NO. 3FDA-24-0001003)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon consideration of Respondent-Appellant W.M.'s (**W.M.**) March 5, 2025 Motion to Dismiss Appeal, the papers in support, and the record, it appears that: (1) the appeal has been docketed; (2) W.M. seeks to dismiss his appeal; (3) the motion is unopposed; (4) no other parties have appeared in the appeal; and (5) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed. W.M. shall bear his own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawaiʻi, May 2, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge